IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>v.<br><br>DONTE LASHAWN COLE,<br><br>   *Defendant*. | Criminal No. 2:25-cr-38-1<br><br>Hon. William S. Stickman IV |

## HEARING MEMO

HEARING HELD:  Waiver and Plea Hearing
DATE HEARING HELD:  April 14, 2025
BEFORE:  William S. Stickman, IV

| Appearing for Government: | Appearing for Defendant: |
|---|---|
| Robert Schupansky, Esquire | Gabrielle Lee, Esquire |

Hearing began at 2:42 p.m.    Hearing concluded at 3:28 p.m.

Stenographer:  Melissa Moore

OUTCOME:

Defendant waived his right to indictment and pleaded guilty to Count 1 of the Information.
The Court adjudicated the defendant guilty.
Sentencing scheduled for 08/18/25 at 1:30 p.m.
The probation office will be directed to prepare a presentence investigation report.
$100.00 special assessment imposed.
The appropriate orders will follow.