IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>DONTE LASHAWN COLE,<br><br>    *Defendant.* | Criminal No. 2:25-cr-38-1<br><br>Hon. William S. Stickman IV |

## **PLEA**

AND NOW, on the record this 14th day of April 2025, the defendant in the above-captioned matter, DONTE LASHAWN COLE, enters a plea of GUILTY to Count 1 of the Information.

_____
Signature of Defendant Donte Lashawn Cole

_____
Signature of Attorney Gabrielle Lee
Counsel for Defendant